United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 18-45667-cec
Michael R Plotkin                                                   Chapter 7
Diane Plotkin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-1           User: admin            Page 1 of 2              Date Rcvd: Jan 09, 2019
                               Form ID: 318DF7        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
```
db/jdb          Michael R Plotkin,   Diane Plotkin,   74 Fingerboard Rd,   Staten Island, NY 10305-3808
smg            +NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9367944         Allied Physicians Group PLLC,   PO Box 70280,   Philadelphia, PA 19176-0280
9367948         C.tech,   PO Box 402,   Mount Sinai, NY 11766-0402
9367952         Citibank/Sears,   Centralized Bankruptcy,   PO Box 790034,   Saint Louis, MO 63179-0034
9367959       ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus, LLP,   60 Vanderbilt Motor Pkwy,
                 Commack, NY 11725-5710)
9367960        +Mary A Nasso, DDS  & Eleanor J Olsen,   4546 Hylan Blvd,   Staten Island, NY 10312-6400
9367962         Myriad Genetic Laboratories,   PO Box 581558,   Salt Lake City, UT 84158-1558
9367963         North Shore LIJ Urgent Care PC,   PO Box 419068,   Boston, MA 02241-9068
9367965         PM Pediatrics of Bayside VIII,   PO Box 21043,   New York, NY 10087-1043
9367964         Physicians of University Hospital,   1 Edgewater St Fl 6,   Staten Island, NY 10305-4900
9367966         Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
9367967         Quest Diagnostics,   PO Box 7308,   Hollister, MO 65673-7308
9367970         Staten Island University Hospital,   PO Box 29772,   New York, NY 10087-9772
9367969         Staten island Pediatric Cardiology,   2550 Victory Blvd Ste 302,
                 Staten Island, NY 10314-6635
9367972         Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   PO Box 8053,
                 Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 09 2019 18:53:03
                 NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 09 2019 18:52:16
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9367945         EDI: RMCB.COM Jan 09 2019 23:43:00      American Medical Collection Agency,   PO Box 1235,
                 Elmsford, NY 10523-0935
9367947         EDI: AMEREXPR.COM Jan 09 2019 23:43:00      Amex,   Correspondence/Bankruptcy,   PO Box 981540,
                 El Paso, TX 79998-1540
9367946         EDI: AMEREXPR.COM Jan 09 2019 23:43:00      Amex,   PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
9367950         EDI: CAPITALONE.COM Jan 09 2019 23:43:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
9367949         EDI: CAPITALONE.COM Jan 09 2019 23:43:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
9367951         EDI: CITICORP.COM Jan 09 2019 23:43:00      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
9367953         EDI: WFNNB.COM Jan 09 2019 23:43:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,
                 PO Box 182125,   Columbus, OH 43218-2125
9367954         EDI: WFNNB.COM Jan 09 2019 23:43:00      Comenitybank/victoria,   PO Box 182789,
                 Columbus, OH 43218-2789
9367955         EDI: CCS.COM Jan 09 2019 23:43:00      Credit collection Services,   PO Box 55126,
                 Boston, MA 02205-5126
9367956         EDI: DISCOVER.COM Jan 09 2019 23:43:00      Discover Fin Svcs LLC,   PO Box 15316,
                 Wilmington, DE 19850-5316
9367957         EDI: DISCOVER.COM Jan 09 2019 23:43:00      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
9367958         EDI: TSYS2.COM Jan 09 2019 23:43:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
9367961         E-mail/Text: bankruptcynotice@nymcu.org Jan 09 2019 18:52:32      Municipal Credit Union,
                 22 Cortlandt St,   New York, NY 10007-3107
9367968         EDI: SEARS.COM Jan 09 2019 23:43:00      Sears/Cbna,   PO Box 6283,
                 Sioux Falls, SD 57117-6283
9367971         EDI: WTRRNBANK.COM Jan 09 2019 23:43:00      Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0207-1          User: admin                Page 2 of 2              Date Rcvd: Jan 09, 2019
                              Form ID: 318DF7            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
              Alan    Nisselson     anisselson@windelsmarx.com,
               theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com
              Kevin    Zazzera     on behalf of Joint Debtor Diane   Plotkin kzazz007@yahoo.com
              Kevin    Zazzera     on behalf of Debtor Michael R Plotkin kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                       TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael R Plotkin** | Social Security number or ITIN **xxx−xx−5566** |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Diane Plotkin** | Social Security number or ITIN **xxx−xx−4717** |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **1−18−45667−cec** | | |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Michael R Plotkin                        Diane Plotkin
                                                            aka Diane Scelsi

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

**BY THE COURT**

Dated: January 9, 2019                                  s/ Carla E. Craig
                                                                   United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**